| | |
|---|---|
| **LAW OFFICES OF SANDRA H. CASTRO, INC.**<br>Sandra H. Castro, Esq.<br>   Email: castro@lawservicesonline.com<br>Kathleen A. Castro, Esq.<br>   Email: kathleen@lawservicesonline.com<br>3200 Inland Empire Blvd., Suite 265<br>Ontario, California 91764<br>Telephone: 909.989.2700<br>Facsimile: 909.989.2733 | **LAW OFFICES OF KRISTEN B. BROWN**<br>Kristen B. Brown, Esq.<br>   Email: krisbrownesq@yahoo.com<br>900 W. 17th Street, Suite C<br>Santa Ana, California 92706<br>Telephone: 714.564.7595<br>Facsimile: 714.766.8440 |

Attorneys for Plaintiff RHONDA FELDER

**MCGUIREWOODS LLP**
Sabrina A. Beldner (SBN 221918)
   Email: sbeldner@mcguirewoods.com
Sarah Y. Oh (SBN 322164)
   Email: soh@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorneys for Defendant SCHNEIDER LOGISTICS TRANSLOADING AND DISTRIBUTION, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA FELDER,<br><br>        Plaintiff,<br><br>vs.<br><br>SCHNEIDER LOGISTICS TRANSLOADING AND DISTRIBUTION, INC.; SCHNEIDER NATIONAL, INC.; AND DOES 1 TO 20,<br><br>        Defendants. | CASE NO. 5:21-cv-00421-JWH-SP<br><br>**JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)**<br><br>*__Filed Under Separate Cover:__*<br><br>**[PROPOSED] ORDER** |

164792175.2

1

JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)

## STIPULATION

Plaintiff RHONDA FELDER ("Plaintiff") and Defendant SCHNEIDER LOGISTICS TRANSLOADING AND DISTRIBUTION, INC., ("Defendant"), by and through their respective counsel of record, HEREBY STIPULATE AND AGREE, that pursuant to Fed. R. Civ. P. 41(a)(2), this action is dismissed in its entirety with prejudice, with each party to bear her or its own costs and fees.

DATED: November 7, 2022    **McGuireWoods LLP**

By:    /s/ Sabrina A. Beldner
       Sabrina A. Beldner, Esq.
       Sarah Y. Oh, Esq.

Attorneys for Defendant SCHNEIDER LOGISTICS TRANSLOADING AND DISTRIBUTION, INC.

DATED: October 13, 2022    **Law Offices of Sandra H. Castro Inc.**
                           **Law Offices of Kristen B. Brown**

By:    /s/
       Sandra H. Castro, Esq.
       Kathleen A. Castro, Esq.
       Kristen B. Brown, Esq.

Attorneys for Plaintiff RHONDA FELDER

## ATTESTATION

Pursuant to L.R. 5-4.3.4, the undersigned hereby attests that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Stipulation.

/s/ Sabrina A. Beldner
_____
Sabrina A. Beldner